# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION



ALL CHILDREN'S HOSPITAL, INC.,
et al.,

      Plaintiffs,

v.                                                CASE NO: 8:04-cv-186-T-26EAJ

MEDICAL SAVINGS INS. CO.,

      Defendant.
_____/

## ORDER

**UPON DUE CONSIDERATION** of the parties written and oral submissions, and for the reasons announced on the record at the hearing held in this case this day, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Protective Order (Dkt. 26) is granted. Plaintiffs shall not be required to disclose to Defendant provider contracts between Plaintiffs and other insurance companies. Furthermore, Plaintiffs shall only be required to provide Defendant with cost information as it relates to the charges at issue in this case. Counsel for the parties are directed to confer either in person or telephonically in a good faith effort to resolve any pending or future discovery dispute so as to preserve client and judicial resources. The Court, in the exercise of its discretion, denies Plaintiffs' request fo costs and attorneys' fees associated with the bringing of the motion.

**DONE AND ORDERED** at Tampa, Florida, on June 24, 2004.

_____
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

<u>COPIES FURNISHED TO</u>:
Counsel of Record

F I L E   C O P Y

Date Printed: 06/25/2004

Notice sent to:

✓ Stephanie Alexander, Esq.
Tripp Scott, P.A.
110 S.E. Sixth St., 15th Floor
Ft. Lauderdale, FL  33301-4245

✓ 8:04-cv-00186   ch

___ Alan D. Stewart, Esq.
Butler Pappas Weihmuller Katz Craig LLP
Bayport Plaza, Suite 1100
6200 Courtney Campbell Causeway
Tampa, FL  33607-5946

8:04-cv-00186   ch